

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| India Viola Baker | Civil Action No. 16-cv-1048-CAB-JMA |
| Plaintiff, | |
| V. | |
| Carolyn W. Colvin, Acting Commissioner of Social Security | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court hereby: (1) Adopts Magistrate Judge Adler's report and recommendation; (2) Denies plaintiff's motion for summary judgment; and (3) Grants defendant's cross-motion for summary judgment. This concludes the litigation in this matter. The Clerk shall close the file. IT IS SO ORDERED.

Date: 8/11/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
J. Gutierrez, Deputy